**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., SALIX PHARMACEUTICALS, INC., PROGENICS PHARMACEUTICALS, INC., and WYETH LLC<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS LLC, TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.<br><br>Defendants. | Civil Action No.: _____<br><br>*Document Electronically Filed.* |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiffs Valeant Pharmaceuticals International, Inc. ("Valeant"), Salix Pharmaceuticals, Inc. ("Salix"), Progenics Pharmaceuticals, Inc. ("Progenics"), and Wyeth LLC (collectively "Plaintiffs") by way of Complaint against Defendants Actavis LLC, Teva Pharmaceuticals USA, Inc. ("Teva USA"), and Teva Pharmaceutical Industries Ltd. ("Teva Ltd.") (collectively "Actavis" or "Defendants") allege as follows:

**THE PARTIES**

1.      Plaintiff Valeant is a corporation organized and existing under the laws of Canada.  Its United States headquarters are located at 400 Somerset Corporate Blvd., Bridgewater, New Jersey 08807.

2.      Plaintiff Salix is a corporation organized and existing under the laws of California, having its principal place of business at 8510 Colonnade Center Drive, Raleigh,

North Carolina 27615. Salix is the registered holder of approved New Drug Application No. 021964, which covers subcutaneous Relistor®.

3. Plaintiff Progenics is a corporation organized and existing under the laws of Delaware, having its principal place of business at One World Trade Center, 47th Floor, New York, New York 10007.

4. Plaintiff Wyeth LLC, formerly Wyeth, is a Delaware LLC, having places of business at 235 East 42nd Street, New York, New York 10017, and One Giralda Farms, Madison, New Jersey 07940.

5. Upon information and belief, Defendant Actavis LLC is a limited liability company organized and existing under the laws of Delaware, having its principal place of business at Morris Corporate Center III, 400 Interpace Parkway, Parsippany, New Jersey.

6. Upon information and belief, Defendant Teva USA is a corporation organized and existing under the laws of Delaware, having a place of business at 1090 Horsham Road, North Wales, Pennsylvania 19454.

7. Upon information and belief, Defendant Teva Ltd. is a publicly-traded company organized and existing under the laws of Israel, having a place of business at 5 Basel Street, P.O. Box 3190, Petach Tikva 4951033, Israel.

8. Upon information and belief, Actavis LLC is an indirect wholly-owned subsidiary of Teva USA, which is a wholly-owned subsidiary of Teva Ltd.

## NATURE OF THE ACTION

9. This is an action for infringement of United States Patent Nos. 9,669,096 ("the '096 patent") and 9,492,445 ("the '445 patent") arising under the United States patent laws, Title 35, United States Code, § 100 et seq., including 35 U.S.C. §§ 271 and 281, and for declaratory

judgment of infringement under 28 U.S.C. §§ 2201 and 2202. This action relates to Actavis's filing of an Abbreviated New Drug Applications ("ANDA") under section 505(j) of the Federal Food, Drug, and Cosmetic Act ("the Act"), 21 U.S.C. § 355(j), seeking U.S. Food and Drug Administration ("FDA") approval to market its generic methylnaltrexone bromide formulations for subcutaneous injection, 12 mg/0.6 mL single-use vial ("Actavis's generic methylnaltrexone vial product") and 8 mg/0.4 mL and 12 mg/0.6 mL pre-filled syringes ("Actavis's generic methylnaltrexone pre-filled syringe products") (collectively "Actavis's generic methylnaltrexone injectable products").

## JURISDICTION AND VENUE

10.     This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202.

11.     Upon information and belief, this court has jurisdiction over Actavis LLC. Upon information and belief, Actavis LLC is in the business of manufacturing, marketing, importing, and selling pharmaceutical products, including generic drug products. Upon information and belief, Actavis LLC directly, or indirectly, manufactures, markets, and sells generic drug products throughout the United States and in this judicial district, and this judicial district is a likely destination for Actavis's generic methylnaltrexone injectable products. Upon information and belief, Actavis LLC's principal place of business is at Morris Corporate Center III, 400 Interpace Parkway, Parsippany, New Jersey. Upon information and belief, Actavis LLC is registered in the State of New Jersey as a "wholesale[r]" of drugs, with Registration No. 5003899. Upon information and belief, Actavis LLC has previously submitted to the jurisdiction of this Court and has further previously availed itself of this Court by asserting counterclaims in other civil actions initiated in this jurisdiction.

12.     Upon information and belief, this court has jurisdiction over Teva USA.  Upon information and belief, Teva USA is in the business of manufacturing, marketing, importing, and selling pharmaceutical products, including generic drug products.  Upon information and belief, Teva USA directly, or indirectly, manufactures, markets, and sells generic drug products throughout the United States and in this judicial district, and this judicial district is a likely destination for Actavis's generic methylnaltrexone injectable products.  Upon information and belief, Teva USA operates and maintains branches in at least Fairfield, New Jersey; Woodcliff Lake, New Jersey; and Parsippany, New Jersey.  Upon information and belief, Teva USA is registered in the State of New Jersey as a "wholesale[r]" and "manufacturer and wholesale[r]" of drugs, with Registrations Nos. 5003436 and 5000583, respectfully.  Upon information and belief Teva USA is registered to do business in New Jersey under New Jersey Entity ID No. 0100250184 and purposefully has conducted and continues to conduct business in this judicial district.  Upon information and belief, Teva USA has previously submitted to the jurisdiction of this Court and has further previously availed itself of this Court by filing actions in this jurisdiction and asserting counterclaims in other civil actions initiated in this jurisdiction.

13.     Upon information and belief, this Court has jurisdiction over Teva Ltd.  Upon information and belief, Teva Ltd. is in the business of manufacturing, marketing, importing and selling pharmaceutical drug products, including generic drug products.  Upon information and belief, Teva ltd. intentionally markets and provides its generic pharmaceutical products to residents of this State, enjoys substantial income from this State, and maintains a physical presence within this State at least through its wholly-owned subsidiary Teva USA.  Upon information and belief, Teva Ltd. has further previously availed itself of this Court by filing

actions in this jurisdiction and asserting counterclaims in other civil actions initiated in this jurisdiction.

14.    Upon information and belief, Actavis LLC, Teva USA, and Teva Ltd. hold themselves out as a unitary entity for purposes of manufacturing, marketing, selling, and distributing generic products in the United States.  Upon information and belief, Actavis LLC, Teva USA, and Teva Ltd. operate as a single integrated business.

15.    Actavis's ANDA Nos. 208038 and 208112 are the subject of an on-going infringement litigation in the District of New Jersey:  *Valeant Pharmaceuticals et al. v. Mylan Pharmaceuticals Inc., et al.*, Civil Action No. 2:15-cv-08180 (consolidated).

16.    Teva USA and Teva Ltd. availed themselves of the rights, benefits, and privileges of this Court by filing complaints in the District of New Jersey in at least the following actions: *Teva Pharmaceuticals USA, Inc. et al. v. Dr. Reddy's Laboratories, Ltd. et al.*, Civil Action No. 3:17-cv-00517 (Teva USA and Teva Ltd.); *Teva Pharmaceuticals USA, Inc. et al. v. Sandoz, Inc. et al.*, Civil Action No. 3:17-cv-00275 (Teva USA and Teva Ltd.); and *Teva Pharmaceutical USA, Inc. et al. v. Synthon Pharmaceuticals, Inc. et al.*, Civil Action No. 2:15-cv-00472 (Teva USA and Teva Ltd.).

17.    Actavis LLC, Teva USA, and/or Teva Ltd. consented to or did not contest the jurisdiction of this Court, for example, in at least the following District of New Jersey actions: *Valeant Pharmaceuticals Int'l, Inc. v. Actavis LLC*, Civil Action Nos. 2:16-cv-00889-SRC-CLW, 2:15-cv-08353-SRC-CLW (Actavis LLC); *Rhodes Pharmaceuticals L.P. v. Actavis, Inc. et al.*, Civil Action No. 2:16-cv-02667 (WHW-CLW) (Actavis LLC); *Abraxis Bioscience, LLC et al. v. Actavis LLC*, Civil Action No. 16 CV 01925 (JMV) (MF) (Actavis LLC); *Sanofi-Aventis U.S. LLC et al. v. Actavis LLC et al.*, Civil Action No. 3:15-cv-03107-MAS-LHG (Actavis

LLC); *Sumitomo Dainippon Pharma Co., Ltd. et al. v. Teva Pharmaceuticals USA, Inc. et al.*, Civil Action No. 15-6401 (SRC)(CLW) (Teva USA); *Boehringer Ingelheim Pharma GmbH & Co. KG et al. v. Teva Pharmaceuticals USA, Inc. et al.*, Civil Action No. 14-7811 (MLC)(TJB) (Teva USA and Teva Ltd.); *Novo Nordisk Inc. et al. v. Teva Pharmaceuticals USA, Inc.*, Civil Action No. 14-4248 (MAS)(DEA) (Teva USA); and *Otsuka Pharmaceutical Co., Ltd. v. Teva Pharmaceuticals USA, Inc.*, Civil Action No. 14-6398(JBS)(KMW) (Teva USA).

18.     Actavis LLC, Teva USA, and/or Teva Ltd. availed themselves of the rights, benefits, and privileges of this Court by asserting counterclaims, for example, in at least the following prior District of New Jersey actions: *Rhodes Pharmaceuticals L.P. v. Actavis, Inc. et al.*, Civil Action No. 2:16-cv-02667 (WHW-CLW) (Actavis LLC); *Abraxis Bioscience, LLC et al. v. Actavis LLC*, Civil Action No. 16 CV 01925 (JMV) (MF) (Actavis LLC); *Valeant Pharmaceuticals Int'l, Inc. v. Actavis LLC*, Civil Action Nos. 2:16-cv-00889-SRC-CLW, 2:15-cv-08353-SRC-CLW (Actavis LLC); *Novo Nordisk Inc. et al. v. Teva Pharmaceuticals USA, Inc.*, Civil Action No. 14-4248 (MAS)(DEA) (Teva USA); *Otsuka Pharmaceutical Co., Ltd. v. Teva Pharmaceuticals USA, Inc.*, Civil Action No. 14-6398(JBS)(KMW) (Teva USA); and *AstraZeneca Pharmaceuticals LP et al. v. Teva Pharmaceuticals USA, Inc. et al.*, Civil Action No. 3:07-cv-03001 (Teva USA and Teva Ltd.).

19.     Upon information and belief, venue is proper in this judicial district under 28 U.S.C. §§ 1391(c) and (d), and § 1400(b).

20.     Actavis LLC, Teva USA, and/or Teva Ltd. did not contest venue in this judicial district in at least the following actions: *Valeant Pharmaceuticals Int'l, Inc. v. Actavis LLC*, Civil Action Nos. 2:16-cv-00889-SRC-CLW, 2:15-cv-08353-SRC-CLW (Actavis LLC); *Rhodes Pharmaceuticals L.P. v. Actavis, Inc. et al.*, Civil Action No. 2:16-cv-02667 (WHW-CLW)

6

(Actavis LLC); *Abraxis Bioscience, LLC et al. v. Actavis LLC*, Civil Action No. 16 CV 01925 (JMV) (MF) (Actavis LLC); *Sanofi-Aventis U.S. LLC et al. v. Actavis LLC et al.*, Civil Action No. 3:15-cv-03107-MAS-LHG (Actavis LLC); *Sumitomo Dainippon Pharma Co., Ltd. et al. v. Teva Pharmaceuticals USA, Inc. et al.*, Civil Action No. 15-6401 (SRC)(CLW) (Teva USA); *Novo Nordisk Inc. et al. v. Teva Pharmaceuticals USA, Inc.*, Civil Action No. 14-4248(MAS)(DEA) (Teva USA); and *Boehringer Ingelheim Pharma GmbH & Co. KG et al. v. Teva Pharmaceuticals USA, Inc. et al.*, Civil Action No. 14-7811 (MLC)(TJB) (Teva USA and Teva Ltd.).

## THE PATENTS IN SUIT

21.     The PTO issued the '096 patent on June 6, 2017. The '096 patent claims, *inter alia*, pharmaceutical preparations of methylnaltrexone. Plaintiffs hold all substantial rights in the '096 patent and have the right to sue for infringement thereof. A copy of the '096 patent is attached hereto as Exhibit A.

22.     The PTO issued the '445 patent on November 15, 2016. The '445 patent claims, *inter alia*, compositions of methylnaltrexone and methods of using the same. Plaintiffs hold all substantial rights in the '445 patent and have the right to sue for infringement thereof. A copy of the '445 patent is attached hereto as Exhibit B.

23.     Salix is the holder of New Drug Application ("NDA") No. 021964 for subcutaneous Relistor®. In conjunction with NDA No. 021964, the '096 and '445 patents are listed in the FDA's Approved Drug Products with Therapeutic Equivalence Evaluations ("the Orange Book"), together with U.S. Patent Nos. 8,247,425, 8,420,663, 8,552,025, 8,822,490, and 9,180,125, which are the subject of an on-going infringement litigation in the District of New

Jersey: *Valeant Pharmaceuticals et al. v. Mylan Pharmaceuticals Inc., et al.*, Civil Action No. 2:15-cv-08180 (consolidated).

24. Methylnaltrexone bromide formulations for subcutaneous injection, 12 mg/0.6 mL single-use vial, and 8 mg/0.4 mL and 12 mg/0.6 mL pre-filled syringes are sold in the United States under the trademark Relistor®.

### ACTAVIS'S INFRINGING ANDA NO. 208038 SUBMISSION

25. Upon information and belief, Actavis filed or caused to be filed with the FDA ANDA No. 208038, under Section 505(j) of the Act and 21 U.S.C. § 355(j).

26. Upon information and belief, Actavis's ANDA No. 208038 seeks FDA approval to sell in the United States Actavis's generic methylnaltrexone bromide formulation for subcutaneous injection, 12 mg/0.6 mL single-use vial, intended to be a generic version of Relistor® 12 mg/0.6 mL single-use vials.

27. Salix and Progenics received a letter from Actavis LLC dated August 4, 2017, purporting to be a Notice of Certification for ANDA No. 208038 ("Actavis's ANDA No. 208038 notice letter") under Section 505(j)(2)(B)(iv) of the Act, 21 U.S.C. § 355(j)(2)(B)(iv), and 21 C.F.R. § 314.95(c).

28. Actavis's ANDA No. 208038 notice letter states that Actavis LLC is "an indirect wholly-owned subsidiary of Teva Pharmaceuticals USA, Inc."

29. Actavis's ANDA No. 208038 notice letter alleges that Actavis LLC has submitted to the FDA ANDA No. 208038 seeking FDA approval to sell Actavis's generic methylnaltrexone vial product, intended to be a generic version of Relistor® 12 mg/0.6 mL single-use vials.

30.   Actavis's ANDA No. 208038 notice letter states that Actavis's ANDA No. 208038 "contains the required bioavailability and/or bioequivalence data and/or bioequivalence waiver" for Actavis's generic methylnaltrexone vial product.

31.   Actavis's ANDA No. 208038 notice letter, which is required by statute and regulation to provide a full and detailed explanation regarding any non-infringement defenses, does not allege non-infringement of any claim '096 patent.

32.   The '445 patent is listed in the Orange Book in conjunction with NDA No. 021964 for subcutaneous Relistor®.

33.   Upon information and belief, ANDA No. 208038 seeks approval of Actavis's generic methylnaltrexone vial product that is the same, or substantially the same, as Relistor® 12 mg/0.6 mL single-use vials.

34.   Upon information and belief, Actavis LLC's actions relating to ANDA No. 208038 complained of herein were done with the cooperation, the participation, the assistance of, and at least in part for the benefit of Teva USA and Teva Ltd.

### ACTAVIS'S INFRINGING ANDA NO. 208112 SUBMISSION

35.   Upon information and belief, Actavis filed or caused to be filed with the FDA ANDA No. 208112, under Section 505(j) of the Act and 21 U.S.C. § 355(j).

36.   Upon information and belief, Actavis's ANDA No. 208112 seeks FDA approval to sell in the United States Actavis's generic methylnaltrexone bromide for subcutaneous injection, 8 mg/0.4 mL and 12 mg/0.6 mL pre-filled syringes, intended to be a generic version of Relistor® 8 mg/0.4 mL and 12 mg/0.6 mL pre-filled syringes.

37.   Salix and Progenics received a letter from Actavis LLC dated August 4, 2017, purporting to be a Notice of Certification for ANDA No. 208112 ("Actavis's ANDA No. 208112

notice letter") under Section 505(j)(2)(B)(iv) of the Act, 21 U.S.C. § 355(j)(2)(B)(iv), and 21 C.F.R. § 314.95(c).

38.     Actavis's ANDA No. 208112 notice letter states that Actavis LLC is "an indirect wholly-owned subsidiary of Teva Pharmaceuticals USA, Inc."

39.     Actavis's ANDA No. 208112 notice letter alleges that Actavis LLC has submitted to the FDA ANDA No. 208112 seeking FDA approval to sell Actavis's generic methylnaltrexone pre-filled syringe products, intended to be generic versions of Relistor® 8 mg/0.4 mL and 12 mg/0.6 mL pre-filled syringes.

40.     Actavis's ANDA No. 208112 notice letter states that Actavis's ANDA No. 208112 "contains the required bioavailability and/or bioequivalence data and/or bioequivalence waiver" for Actavis's generic methylnaltrexone pre-filled syringe products.

41.     Actavis's ANDA No. 208112 notice letter, which is required by statute and regulation to provide a full and detailed explanation regarding any non-infringement defenses, does not allege non-infringement of any claim of the '096 patent.

42.     The '445 patent is listed in the Orange Book in conjunction with NDA No. 021964 for subcutaneous Relistor®.

43.     Upon information and belief, ANDA No. 208112 seeks approval of Actavis's generic methylnaltrexone pre-filled syringe products that are the same, or substantially the same, as Relistor® 8 mg/0.4 mL and 12 mg/0.6 mL pre-filled syringes.

44.     Upon information and belief, Actavis LLC's actions relating to ANDA No. 208112 complained of herein were done with the cooperation, the participation, the assistance of, and at least in art for the benefit of Teva USA and Teva Ltd.

## COUNT I AGAINST ACTAVIS

**Infringement of the '096 Patent under § 271(e)(2) (ANDA No. 208038)**

45.   Paragraphs 1-44 are incorporated herein as set forth above.

46.   Under 35 U.S.C. § 271(e)(2), Actavis has infringed at least one claim of the '096 patent by submitting, or causing to be submitted to the FDA, ANDA No. 208038 seeking approval for the commercial marketing of Actavis's generic methylnaltrexone vial product before the expiration date of the '096 patent.

47.   Upon information and belief, Actavis's generic methylnaltrexone vial product will, if approved and marketed, infringe at least one claim of the '096 patent.

48.   Upon information and belief, Actavis will, through the manufacture, use, import, offer for sale, and/or sale of Actavis's generic methylnaltrexone vial product, directly infringe, contributorily infringe, and/or induce infringement of at least one claim of the '096 patent.

## COUNT II AGAINST ACTAVIS

**Declaratory Judgment of Infringement of the '096 Patent (ANDA No. 208038)**

49.   Paragraphs 1-48 are incorporated herein as set forth above.

50.   These claims arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

51.   There is an actual case or controversy such that the Court may entertain Plaintiffs' request for declaratory relief consistent with Article III of the United States Constitution, and this actual case or controversy requires a declaration of rights by this Court.

52.   Actavis has made, and will continue to make, substantial preparation in the United States to manufacture, use, offer to sell, sell, and/or import Actavis's generic methylnaltrexone vial product before the expiration date of the '096 patent, including Actavis's filing of ANDA No. 208038.

11

53. Upon information and belief, any commercial manufacture, use, offer for sale, sale, and/or importation of Actavis's generic methylnaltrexone vial product will directly infringe, contributorily infringe, and/or induce infringement of at least one claim of the '096 patent.

54. Plaintiffs are entitled to declaratory judgment that future commercial manufacture, use, offer for sale, sale, and/or importation of Actavis's generic methylnaltrexone vial product will constitute infringement of at least one claim of the '096 patent.

<b><u>COUNT III AGAINST ACTAVIS</u></b>

<b>Infringement of the '096 Patent under § 271(e)(2) (ANDA No. 208112)</b>

55. Paragraphs 1-54 are incorporated herein as set forth above.

56. Under 35 U.S.C. § 271(e)(2), Actavis has infringed at least one claim of the '096 patent by submitting, or causing to be submitted to the FDA, ANDA No. 208112 seeking approval for the commercial marketing of Actavis's generic methylnaltrexone pre-filled syringe products before the expiration date of the '096 patent.

57. Upon information and belief, Actavis's generic methylnaltrexone pre-filled syringe products will, if approved and marketed, infringe at least one claim of the '096 patent.

58. Upon information and belief, Actavis will, through the manufacture, use, import, offer for sale, and/or sale of Actavis's generic methylnaltrexone pre-filled syringe products, directly infringe, contributorily infringe, and/or induce infringement of at least one claim of the '096 patent.

<b><u>COUNT IV AGAINST ACTAVIS</u></b>

<b>Declaratory Judgment of Infringement of the '096 Patent (ANDA No. 208112)</b>

59. Paragraphs 1-58 are incorporated herein as set forth above.

12

60. These claims arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

61. There is an actual case or controversy such that the Court may entertain Plaintiffs' request for declaratory relief consistent with Article III of the United States Constitution, and this actual case or controversy requires a declaration of rights by this Court.

62. Actavis has made, and will continue to make, substantial preparation in the United States to manufacture, use, offer to sell, sell, and/or import Actavis's generic methylnaltrexone pre-filled syringe products before the expiration date of the '096 patent, including Actavis's filing of ANDA No. 208112.

63. Upon information and belief, any commercial manufacture, use, offer for sale, sale, and/or importation of Actavis's generic methylnaltrexone pre-filled syringe products will directly infringe, contributorily infringe, and/or induce infringement of at least one claim of the '096 patent.

64. Plaintiffs are entitled to declaratory judgment that future commercial manufacture, use, offer for sale, sale, and/or importation of Actavis's generic methylnaltrexone pre-filled syringe products will constitute infringement of at least one claim of the '096 patent.

## COUNT V AGAINST ACTAVIS

### Infringement of the '445 Patent under § 271(e)(2) (ANDA No. 208038)

65. Paragraphs 1-64 are incorporated herein as set forth above.

66. Under 35 U.S.C. § 271(e)(2), Actavis has infringed at least one claim of the '445 patent by submitting, or causing to be submitted to the FDA, ANDA No. 208038 seeking approval for the commercial marketing of Actavis's generic methylnaltrexone vial product before the expiration date of the '445 patent.

67.     Upon information and belief, Actavis's generic methylnaltrexone vial product will, if approved and marketed, infringe at least one claim of the '445 patent.

68.     Upon information and belief, Actavis will, through the manufacture, use, import, offer for sale, and/or sale of Actavis's generic methylnaltrexone vial product, directly infringe, contributorily infringe, and/or induce infringement of at least one claim of the '445 patent.

## COUNT VI AGAINST ACTAVIS

### Declaratory Judgment of Infringement of the '445 Patent (ANDA No. 208038)

69.     Paragraphs 1-68 are incorporated herein as set forth above.

70.     These claims arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

71.     There is an actual case or controversy such that the Court may entertain Plaintiffs' request for declaratory relief consistent with Article III of the United States Constitution, and this actual case or controversy requires a declaration of rights by this Court.

72.     Actavis has made, and will continue to make, substantial preparation in the United States to manufacture, use, offer to sell, sell, and/or import Actavis's generic methylnaltrexone vial product before the expiration date of the '445 patent, including Actavis's filing of ANDA No. 208038.

73.     Upon information and belief, any commercial manufacture, use, offer for sale, sale, and/or importation of Actavis's generic methylnaltrexone vial product will directly infringe, contributorily infringe, and/or induce infringement of at least one claim of the '445 patent.

74.     Plaintiffs are entitled to declaratory judgment that future commercial manufacture, use, offer for sale, sale, and/or importation of Actavis's generic methylnaltrexone vial product will constitute infringement of at least one claim of the '445 patent.

14

## COUNT VII AGAINST ACTAVIS

### Infringement of the '445 Patent under § 271(e)(2) (ANDA No. 208112)

75.     Paragraphs 1-74 are incorporated herein as set forth above.

76.     Under 35 U.S.C. § 271(e)(2), Actavis has infringed at least one claim of the '445 patent by submitting, or causing to be submitted to the FDA, ANDA No. 208112 seeking approval for the commercial marketing of Actavis's generic methylnaltrexone pre-filled syringe products before the expiration date of the '445 patent.

77.     Upon information and belief, Actavis's generic methylnaltrexone pre-filled syringe products will, if approved and marketed, infringe at least one claim of the '445 patent.

78.     Upon information and belief, Actavis will, through the manufacture, use, import, offer for sale, and/or sale of Actavis's generic methylnaltrexone pre-filled syringe products, directly infringe, contributorily infringe, and/or induce infringement of at least one claim of the '445 patent.

## COUNT IV AGAINST ACTAVIS

### Declaratory Judgment of Infringement of the '445 Patent (ANDA No. 208112)

79.     Paragraphs 1-78 are incorporated herein as set forth above.

80.     These claims arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

81.     There is an actual case or controversy such that the Court may entertain Plaintiffs' request for declaratory relief consistent with Article III of the United States Constitution, and this actual case or controversy requires a declaration of rights by this Court.

82.     Actavis has made, and will continue to make, substantial preparation in the United States to manufacture, use, offer to sell, sell, and/or import Actavis's generic methylnaltrexone

pre-filled syringe products before the expiration date of the '445 patent, including Actavis's filing of ANDA No. 208112.

83.    Upon information and belief, any commercial manufacture, use, offer for sale, sale, and/or importation of Actavis's generic methylnaltrexone pre-filled syringe products will directly infringe, contributorily infringe, and/or induce infringement of at least one claim of the '445 patent.

84.    Plaintiffs are entitled to declaratory judgment that future commercial manufacture, use, offer for sale, sale, and/or importation of Actavis's generic methylnaltrexone pre-filled syringe products will constitute infringement of at least one claim of the '445 patent.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs respectfully request that the Court enter judgment in their favor and against Actavis on the patent infringement claims set forth above and respectfully request that this Court:

1.    Enter judgment that, under 35 U.S.C. § 271(e)(2), Actavis has infringed at least one claim of the '096 patent by submitting or causing to be submitted ANDA No. 208038 to the FDA to obtain approval for the commercial manufacture, use, import, offer for sale, and/or sale in the United States of Actavis's generic methylnaltrexone vial product before the expiration of the '096 patent;

2.    Enter judgment that, under 35 U.S.C. § 271(e)(2), Actavis has infringed at least one claim of the '096 patent by submitting or causing to be submitted ANDA No. 208112 to the FDA to obtain approval for the commercial manufacture, use, import, offer for sale, and/or sale in the United States of Actavis's generic methylnaltrexone pre-filled syringe products before the expiration of the '096 patent;

16

Case 2:17-cv-07206-SRC-CLW   Document 1   Filed 09/18/17   Page 17 of 19 PageID: 17

3.      Enter judgment that, under 35 U.S.C. § 271(e)(2), Actavis has infringed at least one claim of the '445 patent by submitting or causing to be submitted ANDA No. 208038 to the FDA to obtain approval for the commercial manufacture, use, import, offer for sale, and/or sale in the United States of Actavis's generic methylnaltrexone vial product before the expiration of the '445 patent;

4.      Enter judgment that, under 35 U.S.C. § 271(e)(2), Actavis has infringed at least one claim of the '445 patent by submitting or causing to be submitted ANDA No. 208112 to the FDA to obtain approval for the commercial manufacture, use, import, offer for sale, and/or sale in the United States of Actavis's generic methylnaltrexone pre-filled syringe products before the expiration of the '445 patent;

5.      Order that the effective date of any approval by the FDA of Actavis's generic methylnaltrexone vial product be a date that is not earlier than the expiration of the '096 and '445 patents or such later date as the Court may determine;

6.      Order that the effective date of any approval by the FDA of Actavis's generic methylnaltrexone pre-filled syringe products be a date that is not earlier than the expiration of the '096 and '445 patents or such later date as the Court may determine;

7.      Enjoin Actavis from the commercial manufacture, use, import, offer for sale, and/or sale of Actavis's generic methylnaltrexone vial product until expiration of the '096 and '445 patents or such later date as the Court may determine;

8.      Enjoin Actavis from the commercial manufacture, use, import, offer for sale, and/or sale of Actavis's generic methylnaltrexone pre-filled syringe products until expiration of the '096 and '445 patents or such later date as the Court may determine;

9.     Enjoin Actavis and all persons acting in concert with Actavis from seeking, obtaining, or maintaining approval of Actavis's ANDA No. 208038 until expiration of the '096 and '445 patents;

10.    Enjoin Actavis and all persons acting in concert with Actavis from seeking, obtaining, or maintaining approval of Actavis's ANDA No. 208112 until expiration of the '096 and '445 patents;

11.    Declare this to be an exceptional case under 35 U.S.C. §§ 285 and 271(e)(4) and award Plaintiffs costs, expenses, and disbursements in this action, including reasonable attorney's fees; and

12.    Award Plaintiffs such further and additional relief as this Court deems just and proper.

Dated:  September 18, 2017                          Respectfully submitted,
        Newark, New Jersey

                                                   s/ William P. Deni, Jr.
                                                   William P. Deni, Jr.
                                                   Charles H. Chevalier
                                                   J. Brugh Lower
                                                   **GIBBONS P.C.**
                                                   One Gateway Center
                                                   Newark, New Jersey 07102
                                                   Tel: (973) 596-4500
                                                   Fax: (973) 596-0545
                                                   wdeni@gibbonslaw.com
                                                   cchevalier@gibbonslaw.com
                                                   jlower@gibbonslaw.com

                                                   Bryan C. Diner
                                                   M. Andrew Holtman
                                                   Justin J. Hasford
                                                   Megan Leinen Johns
                                                   Kristi L. McIntyre
                                                   **FINNEGAN, HENDERSON,**
                                                   **FARABOW, GARRETT & DUNNER, LLP**

18

901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000

Jessica M. Lebeis
**FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, LLP**
271 17th Street, NW
Suite 1400
Atlanta, GA 30363-6209
Tel: (404) 653-6400

*Attorneys for Plaintiffs*

19